**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-01281-REB-KLM

KATHERINE ENGEN,

      Plaintiff,

v.

COLORADO MILLS MALL LIMITED PARTNERSHIP, an Indiana limited partnership, and
INTERSTATE CLEANING CORPORATION, a Missouri corporation,

      Defendants.

## ORDER DISMISSING WITHOUT PREJUDICE
## DEFENDANT INTERSTATE CLEANING CORPORATION ONLY

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal of Defendant Interstate Cleaning Corporation Without Prejudice** [#20] filed November 12, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that plaintiff's claims against defendant, Interstate Cleaning Corporation, should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation For Dismissal of Defendant Interstate Cleaning Corporation Without Prejudice** [#20] filed November 12, 2009, is **APPROVED**;

      2.  That plaintiff's claims against defendant, Interstate Cleaning Corporation, are **DISMISSED WITHOUT PREJUDICE**; and

2

     3.  That defendant, Interstate Cleaning Corporation, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

     Dated November 17, 2009, at Denver, Colorado.

                                             BY THE COURT:

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge