IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01281-REB-KLM

KATHERINE ENGEN,

    Plaintiff,

v.

COLORADO MILLS MALL LIMITED PARTNERSHIP, an Indiana limited partnership

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Colorado Mills Mall Limited Partnership's Unopposed Motion to Amend Scheduling Order** [Docket No. 27; Filed December 11, 2009] ("Motion No. 27") and **Defendant Colorado Mills Mall Limited Partnership's Unopposed Motion for Leave to File Third Party Complaint** [Docket No. 28; Filed December 11, 2009] ("Motion No. 28").

    IT IS HEREBY **ORDERED** that Motion No. 27 is **GRANTED**. The Scheduling Order [Docket No. 15] is amended to extend the deadline for Defendant Colorado Mills Limited Partnership to join a party to this action through December 14, 2009.

    IT IS **FURTHER ORDERED** that Motion No. 28 is **GRANTED**. The Clerk is directed to file the Third-Party Complaint attached to Motion No. 28.

Dated: December 14, 2009