**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

**Civil Action No.: 09-cv-01281-REB-KLM**          FTR - Reporter Deck - Courtroom C-204
                                                   Byron G. Rogers United States Courthouse
**Date: February 24, 2010**                        Courtroom Deputy, Kathleen Finney

_____

KATHERINE ENGEN,                                   Scott R. Larson

  **Plaintiff,**

v.

COLORADO MILLS MALL LIMITED                        Krista L. Tushar
  PARTNERSHIP,

  **Defendant/Third-Party Plaintiff,**

METCO LANDSCAPE, INC.,                             Debra K. Sutton

  **Third-Party Defendant.**
_____
                    **COURTROOM   MINUTES  /  MINUTE  ORDER**
_____

**HEARING: TELEPHONIC  DISCOVERY  CONFERENCE**
**Court in session: 9:32 a.m.**
Court calls case. Telephonic appearance of counsel.

Court calls this conference to discuss Defendant Colorado Mills Mall Limited Partnership's Motion to Amend Scheduling Order Re: Expert Disclosures [Docket No. 38; filed 2/11/2010].

For reasons stated on the record,

**It is ORDERED:**    Defendant Colorado Mills Mall Limited Partnership's Motion to Amend Scheduling Order Re: Expert Disclosures [#38] is **GRANTED.**

  •   Expert Rebuttal deadline is extended to **MARCH 9, 2010.**

  •   Discovery deadline is extended to **MARCH 31, 2010,** which means both written discovery and depositions must be completed by that date.

  •   Dispositive motions deadline is extended to **APRIL 16, 2010.**

- Final Pretrial Conference remains May 17, 2010 at 9:30 a.m.
- Trial Preparation Conference remains May 28, 2010 at 9:30 a.m.
- Jury Trial remains June 21, 2010 at 8:30 a.m.

HEARING CONCLUDES.

**Court in recess: 10:01 a.m.**
Total In-Court Time:   00:29

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.