IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01281-REB-KLM

KATHERINE ENGEN,

    Plaintiff,

v.

COLORADO MILLS MALL LIMITED PARTNERSHIP, an Indiana limited partnership,

    Defendant and Third Party Plaintiff,

v.

METCO LANDSCAPE, INC., a Colorado corporation,

    Third Party Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant and Third Party Plaintiff Colorado Mills Mall Limited Partnership's **Motion to Compel** [Docket No. 51; Filed April 9, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. Pursuant to the Scheduling Order issued by the Court, prior to filing a motion to compel discovery, the parties must appear for a telephonic hearing on the discovery dispute at issue. *See* Scheduling Order § 8(h)(5) [Docket No. 15; Filed September 9, 2009]. In order to schedule the hearing, Defendant and Third Party Plaintiff's counsel is directed to initiate a conference call with Plaintiff's counsel and then contact chambers at 303-335-2770.

Dated: April 9, 2010