**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01281-REB-KLM

KATHERINE ENGEN,

    Plaintiff,

v.

COLORADO MILLS MALL LIMITED PARTNERSHIP, an Indiana limited partnership,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on **Defendant's Withdrawal of Opposition To Plaintiff's Motion To Bifurcate** [#57] filed April 23, 2010. The request to withdraw the objection [#47] to the motion to bifurcate is **GRANTED**, and defendant and third party plaintiff's **Response in Opposition To Plaintiff's Motion To Bifurcate** [#47] filed March 15, 2010, is **WITHDRAWN**.

    Dated: April 23, 2010

---

    [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.