**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01281-REB-KLM

KATHERINE ENGEN,

    Plaintiff,

v.

COLORADO MILLS MALL LIMITED PARTNERSHIP, an Indiana limited partnership,

    Defendant and Third Party Plaintiff,

v.

METCO LANDSCAPE, INC., a Colorado corporation,

    Third Party Defendant.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on plaintiff's **Motion For Order To Allow Computer Equipment With a Camera in The Courtroom For Purposes of Trial Exhibit Display** [#98] filed June 15, 2010. The motion is **GRANTED**. Plaintiff's technology assistant, Michael Cline, is **PERMITTED** to bring his computer into the courtroom during the pendency of the trial to be conducted during the week of June 21, 2010.

    Dated: June 16, 2010

---

    [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.