# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 09-cv-01281-REB-KLM

KATHERINE ENGEN,

    Plaintiff,

v.

COLORADO MILLS MALL LIMITED PARTNERSHIP, an Indiana limited partnership,

    Defendant and Third Party Plaintiff,

v.

METCO LANDSCAPE, INC., a Colorado corporation,

    Third Party Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal of All Claims With Prejudice** [#108] filed July 7, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal of All Claims With Prejudice** [#108] filed July 7, 2010, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.[1]

Dated July 7, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[1] On June 23, 2010, I entered my **Order Assessing Jury Costs** [#105]. The costs have been paid, and the order has been discharged. See receipts [#106] and [#107].