# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 09-cv-01281-REB-KLM

KATHERINE ENGEN,

    Plaintiff,

v.

COLORADO MILLS MALL LIMITED PARTNERSHIP, an Indiana limited partnership,

    Defendant and Third Party Plaintiff,

v.

METCO LANDSCAPE, INC., a Colorado corporation,

    Third Party Defendant.

## AMENDED[1]
## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal of All Claims With Prejudice** [#108] filed July 7, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that plaintiff's claims against defendant, Colorado Mills Mall Limited Partnership should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal of All Claims With Prejudice** [#108] filed July 7, 2010, is **APPROVED**;

---

[1] The court entered its **Order of Dismissal** [#109] on July 7, 2010, dismissing all claims among all parties. On careful review of the stipulation, the stipulation was between the plaintiff and defendant, Colorado Mills Mall Limited Partnership.

2. That any pending motion is **DENIED** as moot; and

3. That plaintiff's claims against defendant, Colorado Mills Mall Limited Partnership are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 9, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge