**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01281-REB-KLM

KATHERINE ENGEN,

    Plaintiff,

v.

COLORADO MILLS MALL LIMITED PARTNERSHIP, an Indiana limited partnership,

    Defendant and Third Party Plaintiff,

v.

METCO LANDSCAPE, INC., a Colorado corporation,

    Third Party Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation For Dismissal With Prejudice** [#110] filed July 9, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that defendant/third-party plaintiff's claims against third-party defendant, Metco Landscape, Inc., should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation For Dismissal With Prejudice** [#110] filed July 9, 2010, is **APPROVED**; and

    2. That defendant/third-party plaintiff's claims against third-party defendant, Metco Landscape, Inc., are **DISMISSED WITH PREJUDICE** with the parties to pay their

own attorney fees and costs.

Dated July 9, 2010, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge